## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1888         Assigned/Issued By: j. n.

Judge Name: ANDERSEN         Designated Magistrate Judge: VALDEZ

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00     [ ] $39.00     [ ] $5.00
              [ ] IFP         [ ] No Fee     [ ] Other _____
              [ ] $455.00

Number of Service Copies _____         Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____         Receipt #: 2662019_____

Date Payment Rec'd: 4-2-08_____     Fiscal Clerk: J. N._____

---

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                         *(Victim, Against and $ Amount)*

[ ] Citation to Discover Assets          [ ] Other

[ ] Writ _____            _____
        *(Type of Writ)*                 _____
                                         *(Type of issuance)*

1_____ Original and 0_____ copies on 4-2-08_____ as to DEFENDANT_____
                                   *(Date)*