UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUMMONS IN A CIVIL CASE

| | |
|---|---|
| MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND, and MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON, ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND, | |
| Plaintiffs, | Docket Number: 08CV1888 |
| | Assigned Judge: JUDGE ANDERSEN |
| v. | Designated Magistrate Judge: MAGISTRATE JUDGE VALDEZ |
| R.A. BRIGHT CONSTRUCTION, INC., | |
| Defendant. | |

TO:   R.A. Bright Construction, Inc.
      c/o Robert A. Bright, Sr., President & Registered Agent
      23808 W. Andrew Rd.
      Plainfield, IL 60544

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY:

LaKisha M. Kinsey-Sallis
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL 60603

d upon you, within **twenty (20)** day
so, judgment by default will be ta]
ith the Clerk of this Court within a

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK



**April 2, 2008**
-----------------------------------
Date

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me. | DATE: 4/10/08 |
| NAME OF SERVER (PRINT) John St John | TITLE Investigator |

*Check one box below to indicate appropriate method of service-*

[_] Served personally upon the defendant. Place where served: _____

[_] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[_] Returned unexecuted: _____

[X] Other (specify): Corporate c/o its agent Tracy Novy
23808 W Andrew Road, Plainfield, IL 60544

**STATEMENT OF SERVICES FEES**

| TRAVEL | SERVICES | TOTAL 65.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-11-08
Date

Signature of Server

13246 S. Rte 59 #200
Address of Server   Plainfield IL 60585

11743