UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIKE SHALES, JOHN BRYAN, SR., AL OROSZ, DAN BREJC, TOBY KOTH, and VERN BAUMAN as Trustees of The Fox Valey Laborers' Health and Welfare Fund, and MIKE SHALES, JOHN BRYAN, SR., AL OROSZ, TOBY KOTH, GORDON ANDERSON, and DAN BREJC as Trustees of The Fox Valley Laborers' Pension Fund,<br><br>                       Plaintiffs,<br>v.<br><br>R. A. BRIGHT CONSTRUCTION, INC.<br><br>                       Defendant. | No. 08 C 1888<br><br>Hon. Wayne R. Andersen,<br>Judge Presiding<br><br>Hon. Maria Valdez,<br>Magistrate Judge Presiding |

**MOTION FOR EXTENSION OF TIME TO FILE
RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**

Defendant R. A. Bright Construction, Inc., by its attorney Jeffrey D. Corso of Cooney Corso, LLC, moves for two week extension of time to file its responsive pleading to Plaintiffs' Complaint to May 21, 2008, and states:

1.     Plaintiffs' complaint was filed on April 3, 2008, and served on Defendant on April 30, 2008.

2.     Plaintiffs' Complaint references several items which are not attached to the Complaint. For example, Count II of Plaintiffs' Complaint alleges that Defendant has breached an agreement with Plaintiffs by failing to post a surety bond in the form of a bond purportedly attached as Exhibit A to the Complaint. However, neither the Complaint served on Defendant nor the Complaint available through the Case Management/Electronic Case File System (CM/ECF) show an Exhibit A attached to the Complaint.

      3.      Plaintiffs' Complaint also alleges that Plaintiffs and Defendant "have been parties to successive collective bargaining agreements." However, no such agreements are attached. Defendant is party to numerous collective bargaining agreements, and despite its best efforts, is not certain which "successive collective bargaining agreements" are at issue in this case.

      4.      Defendant needs to see Exhibit A and the agreements at issue before it can completely answer or respond to Plaintiffs' Complaint. Accordingly, Defendant's counsel has made written request to Plaintiffs' counsel for an identification of these documents.

      5.      Defendant requests until May 21, 2008 to file its responsive pleading to Plaintiffs' Complaint.

For these reasons, Defendant prays for an extension of time to file its responsive pleading to Plaintiffs' Complaint to May 21, 2008, and for further relief to which Defendant is entitled.

Dated: April 30, 2008                        R.A. BRIGHT CONSTRUCTION, INC.

                                              By:_____/s/ *Jeff Corso*_____
                                                   One of its Attorneys

Jeffrey D. Corso
COONEY CORSO, LLC
4925 Indiana Ave.
Suite 101
Lisle, IL 60532
+1.630.336-7393 Direct
+1.630.324.7800 Tel
+1.630.324-7801 Fax
jcorso@cooneycorso.com