UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIKE SHALES, JOHN BRYAN, SR., AL OROSZ, DAN BREJC, TOBY KOTH, and VERN BAUMAN as Trustees of The Fox Valley Laborers' Health and Welfare Fund, and MIKE SHALES, JOHN BRYAN, SR., AL OROSZ, TOBY KOTH, GORDON ANDERSON, and DAN BREJC as Trustees of The Fox Valley Laborers' Pension Fund,<br><br>                      Plaintiffs,<br>  v.<br><br>R. A. BRIGHT CONSTRUCTION, INC.<br><br>                      Defendant. | No. 08 C 1888<br><br>Hon. Wayne R. Andersen,<br>Judge Presiding<br><br>Hon. Maria Valdez,<br>Magistrate Judge Presiding |

**NOTICE OF MOTION**

To:    **Via CM/ECF**
        J. Peter Dowd
        Michele M. Reynolds
        LaKisha M. Kinsey-Sallis
        Steve W. Jados
        DOWD, BLOCH &BENNETT
        8 S. Michigan Avenue
        19th Floor
        Chicago, IL 60603

YOU ARE HEREBY NOTIFIED that on Thursday, the 15th day of May, 2008 at 9:00 a.m., or as soon thereafter as counsel can be heard, we shall appear before the Honorable Wayne R. Andersen, District Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1403, 219 South Dearborn Street, Chicago, IL, and then and there present R.A. Bright Construction, Inc.'s Motion for Extension of Time to File Responsive Pleading to Plaintiffs' Complaint. A copy of said motion is hereby served upon you through the Case Management/Electronic Case Filing System.

Dated: April 30, 2008                               R.A. BRIGHT CONSTRUCTION, INC.


                                                    By:_____/s/ Jeff Corso_____
                                                            One of its Attorneys

Jeffrey D. Corso
COONEY CORSO, LLC
4925 Indiana Ave.
Suite 101
Lisle, IL 60532
+1.630.336-7393 Direct
+1.630.324.7800 Tel
+1.630.324-7801 Fax
jcorso@cooneycorso.com