IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND,<br><br>  and<br><br>MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND,<br><br>  Plaintiffs,<br><br>  v.<br><br>R. A. BRIGHT CONSTRUCTION, INC.,<br><br>  Defendant. | Case No.: 08 C 1888<br><br>Judge Wayne R. Andersen<br>Magistrate Judge Maria Valdez |

**MOTION FOR LEAVE TO FILE EXHIBIT "A" TO COMPLAINT INSTANTER**

Plaintiffs MIKE SHALES, JOHN BRYAN, Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH and WELFARE FUND ("Welfare Fund") and MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND ("Pension Fund") (collectively, "the Funds"), through their attorneys, Dowd, Bloch & Bennett, move this Court for leave to file Exhibit "A" to its Complaint. In support thereof, Plaintiffs state as follows:

1.  This is a claim against R. A. BRIGHT CONSTRUCTION, INC. (hereinafter the "Defendant Company") for failure to timely remit reports and contributions due to employee fringe

benefit funds under Section 515 of ERISA, 29 U.S.C. § 1145 and enforceable under Section 301 of the Labor-Management Relations Act, 29 U.S.C. § 185 and to compel a bond.

2. On April 2, 2008, the Funds filed its two-count Complaint against the Defendant Company.

3. Paragraph 27 of the Complaint references Exhibit "A,", which is the form of the bond required by the Funds and the District Council as alleged therein; however, the Plaintiffs inadvertently failed to attached Exhibit "A" to the Complaint.

4. Plaintiffs therefore seek leave to file instanter Exhibit "A" attached hereto as Exhibit "A" to the Complaint.

WHEREFORE, for the reasons stated above, Plaintiffs respectfully request this Court to grant the Plaintiffs leave to file Exhibit "A" to the Complaint instanter.

          Respectfully submitted,

          /s/LaKisha M. Kinsey-Sallis
          LaKisha M. Kinsey-Sallis
          One of Plaintiffs' Attorneys

J. Peter Dowd
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steve W. Jados
DOWD, BLOCH & BENNETT
8 S. Michigan Avenue--19th Floor
Chicago, IL 60603
(312) 372-1361

# EMPLOYER'S BOND

**KNOW ALL PEOPLE BY THESE PRESENTS**, that we _____

_____, a _____,
     (name of employer)                         (indicate corporation, partnership, or sole proprietor)

of _____, Illinois, herein called the "Principal," and

_____, herein called the "Surety," are hereby held
    (name of bonding company)

and firmly bound unto the various fringe benefit and industry funds identified in the collective bargaining agreement between the Construction and General Laborers District Council of Chicago and Vicinity, affiliated with the Laborers' International Union of North America (the "Union") and the Principal and any successor collective bargaining agreements, all of which funds are collectively referred to as the "Funds"; unto the Union; and unto all individuals employed by the Principal and represented for collective bargaining purposes by the Union, referred to as the "Union Employees" (the Funds, the Union, and the Union Employees are collectively referred to as the "Obligees") in the

penal sum of _____ Dollars ($_____), for the
          (amount – written out)                 (amount)

obligations and undertakings hereinafter set forth, for the payment of which, well and truly to be made, we hereby jointly and severally bind ourselves, our successors, assigns, heirs, executors, and administrators.

Signed and sealed and dated on this _____ day of _____, _____.

**WHEREAS,** the above named Principal is employing or proposes to employ employees in a bargaining unit represented by the Union for the purpose of performing certain work as defined in a collective bargaining agreement between the Principal and the Union;

**EXHIBIT A**

**NOW, THEREFORE,** the conditions of this bond are such that if the Principal shall well and faithfully pay the wages due to the Union Employees with respect to the work performed by the Union Employees, the contributions due to the Funds, the dues due to the Union, any interest, liquidated damages, attorneys' fees, and/or costs that may become due, and such other amounts as the Principal may be required to pay to the Obligees, or to any of them, pursuant to the collective bargaining agreement between the Principal and the Union or pursuant to the rules and regulations of any or all of the Funds, then this obligation shall be void; otherwise it shall remain in full force and effect. This obligation of the Principal and Surety shall be joint and several.

If Surety is required to make payment to the Obligees pursuant to the bond, Surety shall have no claim or right of any sort against Obligees.

In the event that the aggregate amount due the Obligees shall exceed the amount of this bond, then the claims of the various Obligees shall be satisfied on a pro rata basis, proportionate to the amount of each Obligee's claim. Any disputes as to the proper distribution in such circumstances, and any disputes regarding the Principal's obligations to the Obligees, shall be resolved in accord with the dispute resolution mechanisms of the collective bargaining agreement between the Principal and the Union.

The Surety shall pay any claim made by the Obligees under this bond within 30 days from receipt of the claim. Should the Surety fail to issue payment within 30 days from receipt of a claim, the Surety shall be liable for the claimed amount and any reasonable attorneys' fees and costs incurred by Obligees in enforcing this bond.

This Bond may be canceled by the Surety 120 days after receipt by the Obligees of the Surety's written notice of cancellation by registered or certified mail.

| PRINCIPAL | SURETY |
|---|---|
| _____ | _____ |
| By:_____ <br> Agent | By:_____ <br> Attorney-In-Fact |
| _____ | _____ |

A Power of Attorney and Notarial Acknowledgement must be submitted with this bond.

**CERTIFICATE OF SERVICE**

I, LaKisha M. Kinsey-Sallis, an attorney, hereby certify that I will cause to be served a copy of the attached Plaintiffs' Motion for Leave to File Exhibit "A" to Complaint via electronic filing on the parties eligible to receive e-filing and by having copies faxed and mailed to the parties not eligible for e-filing on May 6, 2008, with proper postage prepaid at the addresses indicated.

TO:    Jeffrey D. Corso
         Cooney Corso, LLC
         4925 Indiana Avenue, Suite 101
         Lisle, IL 60532

                                          /s/ LaKisha M. Kinsey-Sallis
                                          LaKisha M. Kinsey-Sallis
                                          One of Plaintiffs' Attorneys