IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND,<br><br>and<br><br>MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND,<br><br>    Plaintiffs,<br><br>v.<br><br>R. A. BRIGHT CONSTRUCTION, INC.,<br><br>    Defendant. | Case No.: 08 C 1888<br><br>Judge Wayne R. Andersen<br>Magistrate Judge Maria Valdez |

**NOTICE OF MOTION**

TO:   Jeffrey D. Corso
       Cooney Corso, LLC
       4925 Indiana Avenue, Suite 101
       Lisle, IL 60532

     PLEASE TAKE NOTICE that on **Thursday, May 15, 2008** at **9:00 a.m.**, or as soon as thereafter as I may be heard, I will appear before the Honorable Wayne R. Andersen, or any Judge sitting in his place, at the courtroom usually occupied by him in Courtroom 1403 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and present Plaintiffs' Motion for Leave to File Exhibit "A" to Complaint Instanter, a copy of which is attached and served upon you.

                                                            Respectfully submitted,

                                                             /s/ LaKisha M. Kinsey-Sallis
                                                               LaKisha M. Kinsey-Sallis
                                                                One of Plaintiffs' Attorneys

J. Peter Dowd

Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steven W. Jados
DOWD, BLOCH & BENNETT
8 South Michigan Avenue, 19th Floor
Chicago, Illinois 60603
(312) 372-1361