**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Mike Shales, et al.
                          Plaintiff,

v.                                            Case No.: 1:08−cv−01888
                                                  Honorable Wayne R. Andersen

R.A. Bright Construction, Inc.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 15, 2008:

      MINUTE entry before the Honorable Wayne R. Andersen:Defendant R.A. Bright Construction, Inc.'s motion for extension of time to answer [11] or otherwise plead is granted to 5/21/2008. Plaintiff's motion for leave to file [13] exhibit "A" to the complaint instanter is granted. The exhibit shall be filed as a separate document and not as an attachment. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.