## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND, | ) ) ) ) ) ) | |
| and | ) ) | Case No.: 08 C 1888 |
| MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | Judge Wayne R. Andersen Magistrate Judge Maria Valdez |
| v. | ) ) | |
| R. A. BRIGHT CONSTRUCTION, INC., | ) ) | |
| Defendant. | ) | |

### NOTICE OF FILING

TO:    Jeffrey D. Corso
        Cooney Corso, LLC
        4925 Indiana Avenue, Suite 101
        Lisle, IL 60532

PLEASE TAKE NOTICE that on **Tuesday, May 20, 2008** at **9:00 a.m.**, I caused to be filed electronically the attached Exhibit A to the Complaint at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is attached and served upon you.

Respectfully submitted,


/s/ LaKisha M. Kinsey-Sallis
LaKisha M. Kinsey-Sallis
One of Plaintiffs' Attorneys

J. Peter Dowd
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steven W. Jados
DOWD, BLOCH & BENNETT
8 South Michigan Avenue, 19th Floor
Chicago, Illinois 60603
(312) 372-1361

**CERTIFICATE OF SERVICE**

I, LaKisha M. Kinsey-Sallis, an attorney, hereby certify that I will cause to be served a copy of the attached Exhibit "A" to Complaint and attached Notice of Filing via electronic filing on the parties eligible to receive e-filing and by having copies faxed and mailed to the parties not eligible for e-filing on May 20, 2008, with proper postage prepaid at the addresses indicated.

TO:    Jeffrey D. Corso
       Cooney Corso, LLC
       4925 Indiana Avenue, Suite 101
       Lisle, IL 60532


                                                   /s/ LaKisha M. Kinsey-Sallis
                                                   LaKisha M. Kinsey-Sallis
                                                   One of Plaintiffs' Attorneys