UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIKE SHALES, JOHN BRYAN, SR., AL OROSZ, DAN BREJC, TOBY KOTH, and VERN BAUMAN as Trustees of The Fox Valley Laborers' Health and Welfare Fund, and MIKE SHALES, JOHN BRYAN, SR., AL OROSZ, TOBY KOTH, GORDON ANDERSON, and DAN BREJC as Trustees of The Fox Valley Laborers' Pension Fund,<br><br>          Plaintiffs,<br>v.<br><br>R. A. BRIGHT CONSTRUCTION, INC.<br><br>          Defendant. | No. 08 C 1888<br><br>Hon. Wayne R. Andersen,<br>Judge Presiding<br><br>Hon. Maria Valdez,<br>Magistrate Judge Presiding |

## NOTICE OF FILING

To:    J. Peter Dowd
        Michele M. Reynolds
        LaKisha M. Kinsey-Sallis
        Steven W. Jados
        DOWD, BLOCH & BENNETT
        8 South Michigan Avenue, 19th Floor
        Chicago, Illinois 60603
        (312) 372-1361

TAKE NOTICE that on **Wednesday, May 22, 2008 at 3:20 a.m.**, I caused to be electronically filed the attached Answer at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is attached and served upon you.

                                                    Respectfully submitted,

                                                   ____/s/ *Jeff Corso*_____
                                                   One of Defendant's Attorneys

## CERTIFICATE OF SERVICE

I, Jeffrey D. Corso, an attorney, certify that I caused or shall cause to be served this Notice and all attachments to all counsel of record via electronic filing on the parties eligible to receive e-filing.

                                                   ____/s/ *Jeff Corso*_____