UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Mike Shales, et al.
                        Plaintiff,

v.                                            Case No.: 1:08−cv−01888
                                              Honorable Wayne R. Andersen

R.A. Bright Construction, Inc.
                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Maria Valdez for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: July 22, 2008

                                                           /s/ Wayne R. Andersen

                                                       United States District Judge