**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND,** | ) | **Case No. 08 C 1888** |
| **and** | ) | **Judge Anderson** |
| **MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND,** | ) | **Magistrate Judge Valdez** |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **R. A. BRIGHT CONSTRUCTION, INC.,** | ) | |
| **Defendant.** | ) | |

**<u>JOINT INITIAL STATUS REPORT</u>**

The parties, by and through their counsel, Dowd, Bloch & Bennett on behalf of Plaintiffs and Cooney Corso, LLC, on behalf of Defendant, present this Joint Initial Status Report, and state:

1. **A brief summary of the claims asserted in the complaint and any counterclaim or third party complaint.**

Plaintiffs' claims are for unpaid welfare and pension contributions and reports, and the interest, liquidated damages, attorneys' fees and costs related to unpaid and late-paid contributions, and a bond pursuant to a collective bargaining agreement between Defendant and the Laborers' District Council of Chicago and Vicinity. Plaintiff intends to seek leave to amend its complaint to add a count for recovery of delinquent contributions discovered during a recent audit of

Defendant's records for the period from August 1, 2006 to March 31, 2008, and the related interest, liquidated damages, auditor's fees, and attorneys' fees and costs related to the audit delinquencies. There are no counterclaims and no third party complaint.

**2. A brief statement of the relief sought, including an itemization of damages.**

Plaintiffs seek: (1) a $45,000.00 bond; (2) liquidated damages, interest, and attorneys' fees and costs related to delinquent contributions for the months of May 2006 through November 2006 and September 2007 through April 2008; (3) delinquent contributions for May and June 2008, and the interest, liquidated damages, and attorneys' fees and costs related to the May and June 2008 delinquencies; and (3) delinquent contributions, and the related interest, liquidated damages, auditor's fees, and attorneys' fees and costs uncovered by the audit of the company's records for the period from August 1, 2006 to March 31, 2008.

**3. A brief description of the matter referred to the magistrate judge or alternatively, attach a copy of the referral order.**

Attached as Exhibit A is Judge Anderson's referral order directing this matter to Your Honor for discovery supervision.

**4. The status of any briefing on the matters referred.**

Neither party has requested or begun briefing on the matters referred.

**5. If the case has been referred for discovery matters, a description of the discovery that has been completed and the future discovery contemplated, including identifying: (a) the depositions that have been taken; (b) the depositions that have been scheduled and the dates set; and (c) any other discovery contemplated.**

At this time, no depositions have been taken and none is scheduled. Plaintiffs anticipate taking the deposition of a principal officer of Defendant, and serving Rule 26(a)(1) disclosures, interrogatories, requests for documents, and requests to admit.

**6. Whether the parties will consent to trial before a magistrate judge.**

The parties do not consent to trial before a magistrate judge.

**7. Any dates or deadlines established by the district judge for discovery cut-off, submission of pre-trial order or trial.**

Judge Anderson has set no such deadlines.

**8. The Status of settlement negotiations, if any.**

The parties have engaged in settlement negotiations, but have not yet reached an agreement.

Respectfully submitted,

By: s/Steven W. Jados
Steven W. Jados, counsel for Plaintiffs

By: s/Jeffrey D. Corso
Jeffrey D. Corso, counsel for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Mike Shales, et al.

Plaintiff,

v.

Case No.: 1:08–cv–01888
Honorable Wayne R. Andersen

R.A. Bright Construction, Inc.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

MINUTE entry before the Honorable Maria Valdez:Initial status hearing is set before Magistrate Judge Maria Valdez on 8/21/08 at 9:30 a.m., in Courtroom 1300. Parties shall deliver a copy of an initial status report, to chambers, Room 1318, four business days before the initial status hearing. The parties must follow the format for an Initial Status Report found on the Judge's website available at www.ilnd.uscourts.gov, or the parties can contact courtroom deputy, Yolanda Pagan, at 312/408–5135 for a copy. If the parties have recently prepared and filed an initial status report, the submission of the previously filed initial status report is sufficient.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.



**CERTIFICATE OF SERVICE**

I certify that I will serve the Notice of Filing and Joint Initial Status Report on the party listed below by e-filing on August 15, 2008.

Jeffrey D. Corso, jcorso@cooneycorso.com
Cooney Corso, LLC
4925 Indiana Avenue, Suite 101
Lisle, IL 60532

s/Steven W. Jados
Steven W. Jados