**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND,** | ) ) ) ) ) | **Case No. 08 C 1888** |
| | ) | |
| **and** | ) | **Judge Anderson** |
| | ) | |
| **MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND,** | ) ) ) ) ) | **Magistrate Judge Valdez** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **R. A. BRIGHT CONSTRUCTION, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF FILING**

TO:     Jeffrey D. Corso
        Cooney Corso, LLC
        4925 Indiana Avenue, Suite 101
        Lisle, IL 60532

**PLEASE TAKE NOTICE** that on August 15, 2008, I caused to be filed electronically the attached Joint Initial Status Report at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604.

Respectfully submitted,

 s/Steven W. Jados
Steven W. Jados
One of Plaintiffs' Attorneys

J. Peter Dowd
Michele M. Reynolds
LaKisha Kinsey-Sallis
Steven W. Jados
DOWD, BLOCH & BENNETT
8 South Michigan Avenue - 1900
Chicago, IL 60603
(312) 372-1361