UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, DAN BREJC, TOBY KOTH and VERN BAUMAN as Trustees of THE FOX VALLEY LABORERS' HEALTH AND WELFARE FUND, )))))) | Case No. 08 C 1888 |
| and )) | |
| )) | Judge Anderson |
| MIKE SHALES, JOHN BRYAN Sr., AL OROSZ, TOBY KOTH, GORDON ANDERSON and DAN BREJC as Trustees of THE FOX VALLEY LABORERS' PENSION FUND, )))))) | Magistrate Judge Valdez |
| Plaintiffs, )) | |
| v. )) | |
| R. A. BRIGHT CONSTRUCTION, INC., )) | |
| Defendant. ) | |

## NOTICE OF MOTION

TO:  Jeffrey D. Corso
    Cooney Corso, LLC
    4925 Indiana Avenue, Suite 101
    Lisle, IL 60532

PLEASE TAKE NOTICE that on **Thursday, September 18, 2008** at **9:00 a.m.**, or as soon thereafter as I may be heard, I will appear before the Honorable Wayne R. Anderson, or any Judge sitting in his place, at the courtroom usually occupied by him in Courtroom 1403 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and present Plaintiffs' Motion for Leave to File First Amended Complaint Instanter, a copy of which is attached and served upon you.

Respectfully submitted,

 s/Steven W. Jados
Steven W. Jados
One of Plaintiffs' Attorneys

J. Peter Dowd
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steven W. Jados
**DOWD, BLOCH & BENNETT**
8 South Michigan Avenue, 19th Floor
Chicago, Illinois 60603
(312) 372-1361